| | | |
|---|---|---|
| People v Jones (Darryl) | 4th Dept: 147 AD3d 1551 (Erie) | denied reconsideration 6/19/17 (Stein, J.) |
| People v Jones (James) | 4th Dept: 148 AD3d 1807 (Cattaraugus) | denied 6/13/17 (Stein, J.) |
| People v Jones (Justin) | 4th Dept: 148 AD3d 1666 (Monroe) | denied 6/6/17 (Wilson, J.) |
| People v Jones (Robert) | 4th Dept: 149 AD3d 1590 (Monroe) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Jones (Steffen) | 4th Dept: 147 AD3d 1461 (Onondaga) | denied 6/6/17 (Rivera, J.) |
| People v Jungle | 4th Dept: 148 AD3d 1658 (Ontario) | denied 6/26/17 (Stein, J.) (Appeal No. 2) |
| People v Kahson B. | 1st Dept: 147 AD3d 538 (Bronx) | denied 6/15/17 (Wilson, J.) |
| People v Karlsen | 4th Dept: 147 AD3d 1466 (Seneca) | denied 6/6/17 (Stein, J.) |
| People v Kelly (David) | App Div, 1st Dept: 2015 NY Slip Op 70956(U) (Bronx) | denied 6/6/17 (Rivera, J.) |
| People v Kelly (Devonte) | 1st Dept: 148 AD3d 585 (NY) | denied 6/28/17 (Rivera, J.) |
| People v Kilpatrick | 2d Dept: 148 AD3d 1183 (Suffolk) | denied 6/1/17 (Stein, J.) |
| People v Kindell | 1st Dept: 148 AD3d 456 (NY) | denied 6/23/17 (Wilson, J.) |
| People v Konovalchuk | 4th Dept: 148 AD3d 1514 (Monroe) | denied 6/13/17 (DiFiore, Ch. J.) |
| People v Krebs | County Ct, 1/17/17 (Erie) | denied 6/6/17 (Rivera, J.) |
| People v Lewis (Antoine) | 1st Dept: 149 AD3d 628 (Bronx) | denied 6/21/17 (Stein, J.) |
| People v Lewis (David) | 2d Dept: 148 AD3d 1056 (Kings) | denied 6/15/17 (DiFiore, Ch. J.) |
| People v Lisojo | App Div, 1st Dept: 2017 NY Slip Op 64695(U) (Bronx) | denied 6/6/17 (Rivera, J.) |
| People v Little | 2d Dept: 148 AD3d 822 (Dutchess) | denied 6/19/17 (DiFiore, Ch. J.) (Appeal Nos. 1 and 2) |
| People v Liu Yong | App Div, 1st Dept: 2017 NY Slip Op 64978(U) (NY) | denied 6/8/17 (Garcia, J.) |
| People v Luciano (Eddie) | App Term, 1st Dept: 54 Misc 3d 145(A) (NY) | denied 6/2/17 (Wilson, J.) |
| People v Luciano (Eddy) | App Term, 1st Dept: 54 Misc 3d 145(A) (NY) | denied 6/2/17 (Wilson, J.) |
| People v Luckey | 1st Dept: 149 AD3d 414 (NY) | denied 6/12/17 (Garcia, J.) |
| People v Machado-Rodriguez | 4th Dept: 149 AD3d 1576 (Onondaga) | denied 6/16/17 (Stein, J.) |
| People v Mackenzie | App Div, 2d Dept: 2017 NY Slip Op 69728(U) (Nassau) | dismissed 6/23/17 (Fahey, J.) |